UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| ANDRES M. BANUELOS | § | |
| --- | --- | --- |
| | § | |
| V. | § | CIVIL ACTION NO. 6:18CV419 |
| | § | |
| LORI DAVIS, ET AL. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report of the United States Magistrate Judge in this action, this matter having been heretofore referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. On September 4, 2018 (Dkt. #8), the report of the Magistrate Judge was entered containing his proposed findings of fact and recommendations that the Plaintiff's lawsuit should be dismissed with prejudice pursuant to 28 U.S.C. § 1915A(b)(1).

The Plaintiff filed objections to the report of the United States Magistrate Judge (Dkt. #19). The court, having made a *de novo* review of the objections raised by the Plaintiff thereto, is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections of the Plaintiff are without merit. Therefore, the court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this court. It is, therefore,

**ORDERED** that the Magistrate Judge's report is **ADOPTED** as the opinion of the court. It is further

**ORDERED** that the Plaintiff's lawsuit is **DISMISSED WITH PREJUDICE**.

**SIGNED this the 21st day of May, 2019.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE